UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISAGAIL O'LEARY and KEVIN O'LEARY,

    Plaintiffs,

v.                               CASE NO.: 8:10-cv-1625-T-23TBM

FIRST LIBERTY INSURANCE CORPORATION,

    Defendant.
_____/

**ORDER**

The parties stipulate (Doc. 14) to bifurcation of the plaintiffs' bad faith claim and claim for damages arising from an automobile accident with an under-insured motorist. See Amerisure Ins. Co. v. Albanese Popkin The Oaks Dev. Grp., L.P., 2010 WL 1856263, *2 (S.D. Fla. 2010) (finding premature a bad faith claim before a determination as to either coverage, liability, or damages). Under Rules 13(i) and 42(b), Federal Rules of Civil Procedure, the stipulation (Doc. 14) is **APPROVED**. The bad faith claim is stayed pending a determination of the plaintiffs' damages and the defendant's liability.

ORDERED in Tampa, Florida, on October 13, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE